IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-117-DCK

| KIMBERLY C. MONTOYA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TYSON FOODS, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §636(c), and "Defendant's Motion To Dismiss Plaintiff's Complaint" (Document No. 8) is ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned on **Thursday, April 5, 2012** for a Status and Motions Hearing, prepared to discuss the status of the case and argue the pending motion. The Clerk of Court will issue a separate Notice of Hearing confirming the time and location of the hearing.

Signed: March 27, 2012

David C. Keesler
United States Magistrate Judge